Sante Peterson, Administrator of Estate of Maria Peterson, Deceased, Appellant, v. Alf Hendrickson and Wilma Hendrickson, Appellees.

Gen. No. 10,216.

opinion filed June 4, 1948; rehearing. denied September 14, 1948; released for publication September 15, 1948. George S. McGaughey and Frank M. Daly, for appellant; Hall, Meyer & Carey, for appellees; Wesley G. Carey, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.

Isabelle C. Gardner, Appellee, v. Hattie Wagner Crosby, Trading as Wagner and Braun, Appellant.

Gen. No. 10,169.

opinion filed June 4, 1948; rehearing denied September 14, 1948; released for publication September 15, 1948. Charles M. Robson, Oscar R. Laraway and Robert E. Higgins, for appellant; Krusemark & Krusemark, for appellee; Albert H. Krusemark, Jr., of counsel. Opinion by JUSTICE DOVE. Not to be published in full.

## Rosalie Bloom, Appellant, v. Irving H. Babbitt, Appellee.

### Gen. No. 44,383.

opinion filed June 21, 1948; released for publication September 9, 1948. C. B. Hankel, Jr., for appellant; Joseph W. Grady, of counsel; Samuel Wodika, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

## McKay Engineering and Construction Company, Appellant, v. Sanitary District of Chicago, Appellee.

### Gen. No. 44,110.